# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEAN COTTLE, et al.,

    Plaintiff,

vs.

DOUG GILLESPIE, et al.,

    Defendants.

Case No. 2:10-CV-00271-JCM-(PAL)

**ORDER**

    Presently before the court is plaintiff Sean Cottle's motion for a thirty-day extension to file a response to defendant's motion to dismiss. (Doc. #48). Plaintiff, representing himself, alleges that he needs additional time to review the motion to dismiss in order to respond effectively.

    Good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for a thirty-day extension to file a response to defendant's motion to dismiss (doc. #48) is GRANTED. Plaintiff shall have until April 4, 2011, to file the response.

    DATED March 8, 2011.

                                            JAMES C. MAHAN
                                            United States District Judge